PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED
OCT 13 2022
Nathan Ochsner, Clerk of Court

Julian G. Silvas
Plaintiff's Name and ID Number

Wynne unit TDCJ
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

Wynne - medical Dept      810 Fm 2821 W - Highway 75
Defendant's Name and Address

Doctor Tran
Defendant's Name and Address

Sgt Harris.
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 9-1-22
      2. Parties to previous lawsuit:
         Plaintiff(s) Julian G. Silvas
         Defendant(s) Gordon - Patrick - Hoffman - Carter - Medical
      3. Court: (If federal, name the district; if state, name the county.) Pro Civil Rights
      4. Cause number: 4:22.-CV- 2844
      5. Name of judge to whom case was assigned: Not sure
      6. Disposition: (Was the case dismissed, appealed, still pending?) active
      7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Wynne-Unit TDCJ

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Julian G Silvas
810 Fm 2821 W Highway 75 N.

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Medical Dept 810-Fm 2821 Highway 75N
They are not giving me my medical attention

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Have clearly explained all issues, don't even have Blood pressure meds.

Defendant #2: 810 Fm 2821 Highway 75N. Doctor Tran -Wynne unit
She ain't helping me to my medical needs,

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
As the doctor she should do as right is right

Defendant #3: Warden Bowers Wynne-Unit
He does not address any issues that could

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
help us, have exhausted the Grievance and nothing positive,

Defendant #4: Bryan Collier - Director P.O. Box 99 Huntsville 77342
As the director I write him for help but

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
he does nothing to help. What goes on negative is okay/wrong.

Defendant #5: OIG Dept Wynn-Unit
These cops do not do there job, I am involved

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
with them, but they let drugs still come in. Inmates loose there life and they do nothing also.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

As the plaintiff I see all the defendents pro's and conns, but they all do bad. They are only here for a pay check. There job is our protection and they care less.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To sue in a official capacity, my freedom, also charges file for etc

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Julian G-Silvas

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2020552  1841830 - 2390812

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  not sure  ___YES  ___NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date sanctions were imposed: _____

   4. Have the sanctions been lifted or otherwise satisfied?  ___YES  ___NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: __10-5-22__
              DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
           (Day)                    (month)              (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

e state who, what, when, where and the disciplinary case number if appropriate

was throwing up, bad head
d pressure, there is a whole
who are sick on this unit.
call to medical because
I was really bad off,
refuse w/ treatment and
bull crap it is very unprofessional
are was high because could
when I was moved security
pills so still have not got
le don't ~~____~~ care if you are
job is our saftey and as I
I feel horrible. This medical
d things to inmates from what
g able to take my meds
is really bad also because
property and have not gave
been writeing medical but
ase and now there
not to help me when I
ran does not do her job at
e in a official capacity.

TURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

Appendix F

9-5-22

To whom this may concern, I am writeing yall just for yalls records. As yall no I am still haveing problems here in TDC. Every were I go it only gets worst, why I don't no, but it's a head ache and my blood pressure goes up. Now I am some were else and going through the same things. This ain't my first suit placed, but really on a profreshional level justice need's to take place, if me myself does something to inflict harm on any official I get charges real quick. What comes out of my mouth is a 100% true, look at my civil suit from the Byrd Unit I was cleary assaulted for no reason. All these so called Sergeants Ltx and Captains major and includeing Wardens are only after one thing a check from the state. Even the state Police don't do there job, they let this inisant-harmless old school men loose there lifers due to officers killing them by harm. I understand this takes time, but a result needs to go in the Plaintiffs way some day, the system is wrong also they just cover it up. At Strigfellow Gordon, Patrick & Jones right away showed me a evil racius side.

[Turn to back]

Also mail Room was tampering with my mail witch is a federal crime. Medical was denieing my treatment, had a herna and wanted it removed, they were over ruleing it with there ball crap opion.

Defendant 7 - Classification - Here at Wynne. Hastings

I cleary explained to her whats going on, she does not help. I am being harrassed every day. Its geting old. They are provokeing me.

---

Defendant 8 - Captain mecedo.
As the captain of Wing she donet address nothing. I have been in a cell with it lightwitch is out of compliance. Its her Job.

William Silvas 2308012
810 Fm 2821 W Highway 75N
Huntsville Tx 77349
Wynn-Unit

NORTH HOUSTON TX 773
6 OCT 2022 PM 3 L

United States District Courts
Federal Courts
Southern District of Texas
P.O. Box 61010
Houston TX 77208

United States Courts
Southern District of Texas
FILED
OCT 13 2022
Nathan Ochsner, Clerk of Court

77208-101010